**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAUL MARTINEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 1:16-cv-02193-EGS |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR THE COURT TO TAKE JUDICIAL**
**NOTICE OF FACTS PREVIOUSLY LITIGATED IN THIS DISTRICT AND**
**NOT SUBJECT TO REASONABLE DISPUTE**

COME NOW Plaintiffs, by and through their attorneys, The Driscoll Firm, P.C., and for

their above-referenced Motion for the Court to Take Judicial Notice of Facts Previously

Litigated in this District and Not Subject to Reasonable Dispute, state as follows:

1.      Pursuant to Federal Rules of Evidence 201, the Court may judicially notice a fact

that is not subject to reasonable dispute because it: (1) is generally known within the trial court's

territorial jurisdiction; or (2) can be accurately and readily determined from sources whose

accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).

2.      Under this Rule, the Court may take judicial notice on its own or *must* take such

notice if a party requests it and the Court is supplied with the necessary information.  Fed. R.

Evid. 201(c) (italics added).

3.      A check of this Court's Pacer system demonstrates that this Court has litigated

hundreds of Foreign Sovereign Immunities Act ("FSIA") cases with the Islamic Republic of Iran

as the chief, if not singular, defendant.

4.      Although a canvassing of this Court's Pacer system demonstrates several  pending

FSIA lawsuits concerning Iranian sponsored and funded Explosively Formed Penetrator ("EFP")

attacks on United States Armed Forces personnel in Iraq during the 2005-2011 time frame, it

does not appear that the United States District Court for the District of Columbia has in fact

made previous judicial findings about or concerning the attacks that are the subject matter of

Plaintiffs' First Amended Complaint herein.  [ECF 5].

5.      This Court has, however, made several previous general findings with regard to

the Islamic Republic of Iran, findings which the Plaintiffs herein specifically request that this

Court judicially notice in this lawsuit:

**a.      That the Islamic Republic of Iran has been a state sponsor of terrorism from 1984 to the present**;

> *Cohen v. Islamic Republic of Iran,* 2017 WL 818208, *6 (March 1, 2017);
> *Bluth v. Islamic Republic of Iran,* 203 F. 3d 1, 8 (D.D.C. 2016);
> *Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 261, 273-274 (D.D.C. 2005);
> *Peterson v. Islamic Republic of Iran,* 264 F. Supp. 2d 46, 49-59 (D.D.C. 2003);
> *Rimkus v. Islamic Republic of Iran,* 750 F. Supp. 163, 173-174 (D.D.C. 2010);
> *Owens v. Islamic Republic of Iran*, 826 F. Supp. 128, 135-139 (D.D.C. 2011);
> *Plaintiffs' Motion for Default Judgment as to Liability Pursuant to FRCP 55(b)(2) and Memorandum of Law in Support in this lawsuit.*

**b.      That the Islamic Republic of Iran uses the Iranian Republican Guard Corps ("IRGC"), Qods Force ("QF"), and Hezbollah to support and direct terrorist attacks outside of Iran as agents and instrumentalities of itself.**

> *Flanagan v. Islamic Republic of Iran,* 87 F. Supp. 3d 93, 103-107 (D.D.C. 2015)
> *Valore v. Islamic Republic of Iran,* 700 F. Supp. 2d 52, 62-64 (D.D.C. 2010);
> *Rimkus v. Islamic Republic of Iran,* 750 F. Supp. 163,173 (D.D.C. 2010);
> *Blais v. Islamic Republic of Iran*, 459 F. Supp. 40, 47 (D.D.C. 2006);
> *Estate of Heiser v. Islamic Republic of Iran,* 466 F. Supp. 229, 252-252 (D.D.C. 2006);
> *Holland v. Islamic Republic of Iran,* 496 F. Supp. 2d 1, 7-9 (D.D.C. 2005);
> *Brewer v. Islamic Republic of Iran,* 664 F. Supp. 2d 43, 53-54 (D.D.C. 2009);
> *Cohen v. Islamic Republic of Iran,* 2017 WL 818208, *3 (March 1, 2017);
> *Plaintiffs' Motion for Default Judgment as to Liability Pursuant to FRCP 55(b)(2) and Memorandum of Law in Support in this lawsuit.*

3

6.      Plaintiffs respectfully request that this Court judicially notice the aforementioned facts and the findings of fact from the cited FSIA reported decisions in the United States District Court for the District of Columbia.

Respectfully Submitted,

Dated: January 22, 2018                    _/s/ John J. Driscoll_____
                                           John J. Driscoll, #MO0003
                                           Paul W. Johnson, #34554 (MO)
                                           211 N. Broadway, 40th Floor
                                           St. Louis, Missouri 63102
                                           314-932-3232 telephone
                                           314-932-3233 facsimile
                                           john@thedriscollfirm.com
                                           paul@thedriscollfirm.com
                                           *Attorneys for Plaintiffs*