```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                    )
SAUL MARTINEZ, et. al,              )
                                    )
     Plaintiffs,                    )
                                    )
   v.                               )   Civil Action No.
                                    )   16-2193 (EGS)
ISLAMIC REPUBLIC OF IRAN,           )
                                    )
     Defendant.                     )
_____)
```

### ORDER

This matter is before the Court on plaintiffs' motion for default judgment as to liability, *see* ECF No. 22; motion to take judicial notice, *see* ECF No. 24; and motion for bellwether hearings, *see* ECF No. 25. In order to resolve these motions in a fair and efficient manner, it is hereby

**ORDERED** that, by no later than **June 29, 2018**, plaintiffs shall file a status report addressing the following topics:

(1) A proffer of the facts that plaintiffs must prove to establish subject-matter jurisdiction under the Foreign Sovereign Immunities Act, *see Owens v. Rep. of Sudan*, 864 F.3d 751, 778-799 (D.C. Cir. 2017);

(2) A proffer of the evidence — including a list of witnesses, a brief description of the anticipated testimony of each witness, and a list of exhibits — plaintiffs anticipate introducing to support their argument that this Court has subject-matter jurisdiction;

(3) The expected duration of a hearing on subject-matter jurisdiction, and whether judicial economy would be promoted by delaying any such hearing until after the hearing set for December 2018 in *Burks v. Islamic Republic of Iran*, 16-cv-1102;

(4)   The elements of plaintiffs' claims for relief, and the legal and factual support plaintiffs intend to provide to satisfy each of those elements – i.e., findings of fact and conclusions of law that the Court must make in order to resolve plaintiffs' motion for default judgment as to liability;

(5)   A proffer of the evidence — including a list of witnesses, a brief description of the anticipated testimony of each witness, and a list of exhibits — that plaintiffs anticipate introducing to support their arguments with respect to liability; and

(6)   The expected duration of a liability hearing, and whether judicial economy would be promoted by delaying any such hearing until after a hearing is set and conducted in *Karcher v. Islamic Republic of Iran*, 16-cv-232.

It is **FURTHER ORDERED** that plaintiffs' motion to appoint a special master, ECF No. 25, is **DENIED** as premature without prejudice to refiling should the Court find that defendant is liable.

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
              **United States District Judge**
              **May 29, 2018**