# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUL MARTINEZ, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.: 1:16-cv-02193-EGS |
| ISLAMIC REPUBLIC OF IRAN, | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' MOTION FOR WITHDRAWAL

COMES NOW the law firm of The Driscoll Firm, P.C., John J. Driscoll, Christopher J. Quinn, and Paul W. Johnson, as Plaintiffs' counsel of record herein (hereinafter "Moving Attorneys"), and respectfully move the Court to enter an Order allowing them to withdraw as attorneys for the following limited Plaintiffs in the above-referenced action:

1. Patrick Hanley
2. Edward Hanley
3. Katherine Hanley
4. Richard Neiberger
5. Mary Neiberger
6. Robert Neiberger
7. Eric Neiberger
8. Ami Neiberger
9. Estate of Christopher Neiberger
10. Trent Stephens
11. Kathleen Stephens
12. Rhett Stephens
13. Derek Stephens
14. Summer Stephens
15. Brittani Hobson
16. James Reeves
17. W. Jean Reeves
18. Jared Reeves
19. Leslie Hardcastle
20. J.R., a minor
21. Estate of Joshua Reeves

1. On October 18, 2018, the above-referenced clients of The Driscoll Firm, P.C. notified The Driscoll Firm, P.C. that they were terminating their Contracts of Representation with The Driscoll Firm, P.C. A copy of the Engagement Letters are attached hereto and incorporated herein by reference as Exhibit A.

2. In response to and in compliance with the directives of the above-referenced clients, and with their specific knowledge and instruction, The Driscoll Firm, P.C., John J. Driscoll, Christopher J. Quinn, and Paul W. Johnson file this Motion to Withdraw Their Entries of Appearance on behalf of all of the clients referenced above.

3. The above-referenced clients are now represented by the Burns Charest LLP Firm in this lawsuit.

4. The Moving Parties hereby openly copy all of the above-referenced clients and their new Law Firm in on this Motion and Proposed Order.

WHEREFORE, The Driscoll Firm, P.C., John J. Driscoll, Christopher J. Quinn, and Paul W. Johnson respectfully request that this Court enter the proposed Order and grant their Motion to Withdraw as attorneys of record for the above-referenced [former] clients, and for such other and further relief as this Court deems to be equitable and just.

Dated: December 26, 2018                    Respectfully submitted,

                                    By:    */s/ John J. Driscoll*
                                           John J. Driscoll
                                           Christopher J. Quinn
                                           Paul W. Johnson
                                           THE DRISCOLL FIRM, P.C.
                                           211 N. Broadway, 40th Floor
                                           St. Louis, MO 63102
                                           Tel: (314) 932-3232
                                           Fax: (314) 932-3233
                                           john@thedriscollfirm.com
                                           chris@thedriscollfirm.com
                                           paul@thedriscollfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 26, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following parties:

Daniel Charest, Esq.
BURNS CHAREST LLP
900 Jackson St, Suite 500,
Dallas, TX 75202
dcharest@burnscharest.com

Patrick Hanley
2400 Clarendon Blvd., Unit 802
Arlington, VA 22201

Edward & Katherine Hanley
11776 Stratford House Place,
Unit 1109
Reston, VA 20190

Richard & Mary Neiberger
1302 NW 30th Street
Gainesville, FL 32605

Robert Neiberger
400 Galloway St. NE
Apt 315S
Washington, DC 20011

Eric Neiberger
Estate of Christopher Neiberger
951 NW 50th Terrace
Gainesville, FL 32605

Ami Neiberger
600 South Maple Ave.
Purcellville, VA 20132

Trent & Kathleen Stephens
4441 N. Williamsburg
Pocatello, ID 83204

Rhett Stephens
2681 Wilbur, Apt. 1
Northridge, CA 91324

Derek Stephens
930 10th Street
Challis, ID 83226

Summer Stephens
21782 Jinetes
Mission Viejo, CA 92691

Brittani Hobson
2145 Ada
Pocatello, ID 83201

James & Wanda Jean Reeves
1071 Crooked Creek Road
Watkinsville, GA 30667

Jared Reeves
1071 Crooked Creek Road
Watkinsville, GA 30667

Leslie Hardcastle
J.R., a minor
Estate of Joshua Reeves
104 Barryview Ct
Hendersonville, TN 37075

*/s/ John J. Driscoll*