UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUL MARTINEZ, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  No.: 1:16-cv-02193-EGS |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFFS' JOINT STATUS REPORT**

On August 26, 2019, the court in *Karcher v. Islamic Republic of Iran*, No. 1:16-cv-00232 (CKK) issued a Memorandum Opinion resolving the jurisdiction issues in favor of most plaintiffs involved in the seven "bellwether" attacks.[1] Pursuant to this Court's January 28, 2019, Minute Order in the above-captioned suit, Plaintiffs as represented by The Driscoll Firm, P.C. ("Driscoll Plaintiffs"), and Plaintiffs as represented by Willkie Farr & Gallagher LLP ("Willkie Plaintiffs"), jointly submit this status report and include a recommendation for further proceedings.[2]

Counsel for the Driscoll Plaintiffs and the Willkie Plaintiffs are currently participating in meet and confers regarding filing several motions. First, Counsel are discussing the potential filing of a Joint Motion to Sever to request that the Court sever out the claims and causes of action

---

[1] The *Karcher* Memorandum Opinion, however, did not address jurisdiction issues for the non-bellwether attacks. *Karcher*, No. 1:16-cv-00232, Doc. 95, at 1. Moreover, the court did not make any findings or conclusions for three of the plaintiffs included in the bellwether attacks until its September 11, 2019, Memorandum Opinion. *Karcher*, No. 1:16-cv-00232, Doc. 106. That said, Plaintiffs here believe that the August 26, 2019, Memorandum Opinion could resolve the jurisdiction issues enough to submit this Joint Status Report. Thus, out of an abundance of caution, the Plaintiffs do so here.

[2] Plaintiffs submit this motion "jointly" as to themselves, as two separate groups of Plaintiffs represented by different counsel, but do not represent that this motion is a joint motion reflecting the consent of Defendant, who has still failed to appear in this matter.

of the Willkie Plaintiffs from those of the Driscoll Plaintiffs pursuant to Federal Rules of Civil Procedure 21 and/or 42(b).  Counsel may do so in order to facilitate judicial economy and to avoid possible conflicts among the parties in terms of case strategies and presentation.

Second, Counsel for the Driscoll Plaintiffs and the Willkie Plaintiffs anticipate filing Motions for Leave to File Second Amended Complaints on behalf of their respective clients to bring up-to-date all of the Plaintiffs, including updates to the status of minors and estates, and to seek leave to add new plaintiffs.  Counsel for both sets of Plaintiffs hope to file these motions during the month of September, 2019, and believe that the Amended Complaints will require re-service on Defendant.  As a result, the Driscoll Plaintiffs and the Willkie Plaintiffs jointly recommend a stay on further proceedings until the above-referenced motions are ruled on.

Dated: September 11, 2019

Respectfully submitted,

| /s/ *Michael J. Gottlieb* | /s/ *Paul W. Johnson* |
|---|---|
| MICHAEL J. GOTTLIEB (D.C. Bar No. 974960) | PAUL W. JOHNSON, #34554 (MO) |
| WILLKIE FARR & GALLAGHER LLP | JOHN J. DRISCOLL, #MO0003 |
| 1875 K Street NW | CHRISTOPHER J. QUINN #41883 (MO) |
| Washington, DC 20006 | THE DRISCOLL FIRM P.C. |
| Tel: (202) 303-1000 | 211 N. Broadway, 40th Floor |
| Fax: (202) 303-2000 | St. Louis, Missouri 63102 |
| mgottlieb@willkie.com | 314-932-3232 telephone |
| | 314-932-3233 facsimile |
| | john@thedriscollfirm.com |
| *Attorney for Willkie Plaintiffs* | paul@thedriscollfirm.com |
| | chris@thedriscollfirm.com |
| | *Attorneys for Driscoll Plaintiffs* |