UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SAUL MARTINEZ, SARAH MARTINEZ; JAMES DONALDSON; PEGGY DONALDSON, INDIVIDUALLY AND FOR THE ESTATE OF ADRIAN BUTLER, ELDRIDGE BUTLER; WALTER TOLLEFSON, INDIVIDUALLY AND FOR THE ESTATE OF JOHN TOLLEFSON, MARY STEINMAN, JESSICA MECKLENBURG, KATHRYN MILLER; RANDALL WENDLING, INDIVIDUALLY AND FOR THE ESTATE OF MICHAEL WENDLING, CARRIE WENDLING; BRYAN ANDERSON, ROBERT ANDERSON, JANET WASWO, JIM WASWO, BRIANA WASWO; KAYLEEN SCHILD, INDIVIDUALLY AND FOR THE ESTATE OF RICHARD SCHILD, KEELY MARIE SCHILD, KOBY SCHILD, BRUCE SCHILD, BROOKS SCHILD; MIRTHA POUNCE, INDIVIDUALLY AND FOR THE ESTATE OF ROLAND CALDERON, A.R.C., a Minor, A.J.C., a Minor, ROSA MILAGROS ASCENCIO, SAUL RAUDA, YENY RAUDA, JASMYN RAUDA, EVELYN RAUDA; WENDY GREEN (WEIKEL), INDIVIDUALLY AND FOR THE ESTATE OF IAN WEIKEL, J.W., a minor, CHAD WEIKEL; TAMMY RICHARD, INDIVIDUALLY AND FOR THE ESTATE OF BRANDON TEETERS, GLENN RICHARD, HEATHER RICHARD; YARISSA TORRES, INDIVIDUALLY AND FOR THE ESTATE OF TEODORO TORRES; NICHOLAS PAUPORE, MARIE PAUPORE, CODY PAUPORE, MAILEY PAUPORE, SHARON OSBORNE, JOE PAURORE, THOMAS PAUPORE,

CASE NO.: 1:16-cv-02193-EGS

**JURY TRIAL DEMANDED**

| | |
|---|---|
| LESLIE PAUPORE BUENO, JOE PAUPORE; BRIAN SAARISTO, CHERYL SAARISTO, BRIAN SAARISTO, JR., LEAH MARIE SAARISTO, SHIRLEY ANN SAARISTO, BRENDA ANGELL, BARBARA LIIMATAINEN; LONNIE FORD, INDIVIDUALLY AND FOR THE ESTATE OF JOSHUA A. FORD, LINDA MATTISON-FORD, JESSICA MATSON, SHAWN FORD; COREY SCHLENKLER, INDIVIDUALLY AND FOR THE ESTATE OF WILLIAM THORNE, KAREN THORNE, DOYLE THORNE, JOEY ROBINSON; JOHN A. BOTTS, JENNIFER BOTTS, DARA BOTTS, JOHN S. BOTTS, ELIZABETH CUNNINGHAM (BOTTS);  DANIEL PEREZ, INDIVIDUALLY AND FOR THE ESTATE OF EMILY PEREZ, VICKI PEREZ, KEVYN PEREZ; BRIAN BEEM, ELIZABETH BEEM, CASSANDRA BEEM, KAITLYN BEEM, KELLY BEEM, DIANE BEEM, JOSEPH BEEM, JOSEPH BEEM JR., CYNTHIA COLON; DIANE TRAYNOR SOWINSKI, INDIVIDUALLY AND FOR THE ESTATE OF NICHOLAS SOWINSKI, JARED SOWINSKI, AUSTIN SOWINSKI; BRANDON BYERS, MEGAN BYERS, CAMERON BYERS; SAMANTHA GAGE, INDIVIDUALLY AND FOR THE ESTATE OF JOSEPH GAGE, MICHAEL GAGE, RANDY GAGE, TAMARA GAGE, JULIE ROSA; JENNIFER WHITE, INDIVIDUALLY AND FOR THE ESTATE OF LUCAS WHITE, JULIA BROOKS, MARCUS RAMOS, LYLE BROOKS; JOSHUA COPE, ERICA OWENS (f/k/a COPE), PHILIP COPE, LINDA COPE, JACOB COPE, JONATHAN COPE, L.C. a Minor; AMY MORRIS, INDIVIDUALLY AND FOR THE ESTATE OF DANIEL MORRIS, GLENN MORRIS, ADAM MORRIS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASSIDY MORRIS; KRISTY PEARSON, INDIVIDUALLY AND FOR THE ESTATE OF ANDREW NELSON; MARIAH COWARD; DEREK GAGNE, FAYE MROCZKOWSKI; AUDREY BARBER, INDIVIDUALLY AND FOR THE ESTATE OF BRANDON STOUT, CALLIE MCGEE, STEPHANIE BENEFIELD; MICHELLE WAGER; TRAVIS VENDELA, MARIANNE VENDELA; NADIA CADAVERO, INDIVIDUALLY AND FOR THE ESTATE OF JONATHAN CADAVERO, MICHELLE DEARING (f/k/a CADAVERO), KRISTIA MARKARIAN, DAVID CADAVERO; JOANNA HARRIS, INDIVIDUALLY AND FOR THE ESTATE OF BLAKE HARRIS, J.H. a Minor, DEBORAH HARRIS; JOHN MAYO, INDIVIDUALLY AND FOR THE ESTATE OF BARRY W. MAYO, REBECCA MAYO, ANDY MAYO; KATHY MOORE, INDIVIDUALLY AND FOR THE ESTATE OF RYAN D. RUSSELL, THOMAS EDISON-MOORE, JR.; ERIN DRUCTOR, INDIVIDUALLY AND FOR THE ESTATE OF BLAKE STEPHENS; JAKE HAMILTON ALTMAN, NADJA ALTMAN, J.A., a Minor, GLORIA PROSSER, MICHAEL ALTMAN, CHARLES ALTMAN; LOUIS DAHLMAN, KAY STOCKDALE, **LARRY STOCKDALE,** LUCAS DAHLMAN, AMBER DAHLMAN; JAMES SCHUMANN, INDIVIDUALLY AND FOR THE ESTATE OF JASON SCHUMANN, BENJAMIN SCHUMANN, KRISTIE NELSON, KAYLA NELSON, BRENT ANDERSON; JERRAL HANCOCK, J.H. a Minor, A.H. a Minor, STACIE SCHERNY, SAMANTHA HANCOCK, DIRRICK BENJAMIN, SAVANNAH TSCHERNY; BRENDA

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| | |
|---|---|
| RICHARDS, INDIVIDUALLY AND FOR THE ESTATE OF SHAWN GAJDOS; JULIE PAYNE, INDIVIDUALLY AND FOR THE ESTATE OF CAMERON PAYNE, A.P, a Minor, K.P. a Minor; JULIE MONTANO, INDIVIDUALLY AND FOR THE ESTATE OF JOSHUA MODGLING, KEITH MODGLING, CHRISTOPHER MODGLING, KELLILYYN MODGLING, MICHELLE MODGLING, KENNETH SCHAFFER; JOSEPH ZAPFE, EDWARD ZAPFE; CHELSEA ADAIR, INDIVIDUALLY AND FOR THE ESTATE OF JAMES ADAIR; JOHN TAKAI, MAE TAKAI, JONAMAE TAKAI, NIANA TAKAI, K.T., a Minor, I.T., a Minor, PATRICIA CRUZE, JUAN L. TAKAI, JOLENE TAKAI, JERMAINE TAKAI; CONSTANCE AHEARN, KEVIN AHEARN; PAMELA MCKEAN, FOR THE ESTATE OF KEITH KLINE, BETTY JEAN KLINE, JOHN KLINE, JR.; ANTHONY LILL, INDIVIDUALLY AND FOR THE ESTATE OF ERIC LILL, CODY LILL, M.L., a Minor, CHARMAINE LILL, KORTNE JONES, SKYE OTERO; SIMONA FRANCIS, INDIVIDUALLY AND FOR THE ESTATE OF LERON WILSON; DAVID KUBE, INDIVIDUALLY AND FOR THE ESTATE OF CHRISTOPHER KUBE, DEBBIE OTTE, JONATHAN KUBE, JESSICA KUBE, JASON KUBE, JENNIFER KUBE; LAURA GONZALEZ, INDIVIDUALLY AND FOR THE ESTATE OF ZACHARIAH GONZALEZ, BENEDICT GONZALEZ; **JAKE GONZALEZ**; DAVID WAKEMAN, INDIVIDUALLY AND FOR THE ESTATE OF DUSTIN WAKEMAN, MARGARET WAKEMAN, WILLIAM WAKEMAN; SHERRI COTTRELL, BRANDY COTTRELL, MEGAN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| COTTRELL, E.C., a Minor, JAMES COTTRELL, DOESHIE WATERS, NORRIS WATERS; LAURA RUSSELL KENNEDY, INDIVIDUALLY AND FOR THE ESTATE OF JONATHAN EDDS, JULIA EDDS, BARRY EDDS, JOEL EDDS; ANDREW TONG; LEESHA CROOKSTON, INDIVIDUALLY AND FOR THE ESTATE OF DUNCAN CROOKSTON; STEPHANIE MARCIANTE, INDIVIDUALLY AND FOR THE ESTATE OF LUIGI MARCIANTE, JR., L.M. a Minor, MARIA MARCIANTE, LUIGI MARCIANTE, ENZA BALESTRIERI; JOSHUA WELLS, J.W., a Minor, LYDIA LANTRIP, BILLIE WELLS, JR., DAVID BLAKE LANTRIP; BRYAN WAGNER; JEANETTE KNAPP, INDIVIDUALLY AND FOR THE ESTATE OF DAVID KNAPP; NORMAN FORBES IV; JENNIFER RUBIO, N.R., a minor; DEMPSEY BENNETT, INDIVIDUALLY AND FOR THE ESTATE OF DURRELL BENNETT, DORIS BENNETT, DARNELL BENNETT; JULIE ROSENBERG, INDIVIDUALLY AND FOR THE ESTATE OF MARK ROSENBERG, J.R. a Minor, M.R. a Minor; MONIQUE SHANTEL GREEN RICHARD, LOIS RICHARD, JOSEPH RICHARD JR., CARMEN RICHARD BILLEDEAUX; JONMARIE PEARSON, INDIVIDUALLY AND FOR THE ESTATE OF ANDREW PEARSON; WALTER MIXON, INDIVIDUALLY AND FOR THE ESTATE OF JUSTIN MIXON, MELINDA MIXON, TIA MIXON, T.R.M., a Minor, KENNETH MIXON, KIMBERLY SPILLYARDS; LISA THOMPSON, INDIVIDUALLY AND FOR THE ESTATE OF JOSHUA PLOCICA, BRENNA CORBIN, LOWELL | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| THOMPSON; JOHN BLICKENSTAFF, MISTY BLICKENSTAFF, M.B., a Minor, C.B., a Minor, PAM JONES, JARED BLICKENSTAFF, ADRIANNE BLICKENSTAFF, TRISTA CARTER; GARY L. HENRY; THE PUBLIC ADMINISTRATOR FOR THE COUNTY OF NEW YORK o/b/o THE ESTATE OF JOSE ULLOA, MELANIE ATZMANN, S.U., a Minor, JOSE ULLOA SR., FRANCISCA MARMOL, RUBERTERNA ULLOA, STEPHANIE MARMOL; LORAMAY DIAMOND, INDIVIDUALLY AND FOR THE ESTATE OF SEAN DIAMOND, TAYLOR DIAMOND, MADISON DIAMOND, SEAN DIAMOND, A.D. a minor, SALLY DIAMOND WILEY, JAMES MICHAEL WILEY, JASON DIAMOND, MICHAEL DIAMOND; TRISTA MOFFETT, INDIVIDUALLY AND FOR THE ESTATE OF MICHAEL ANAYA, CHERYL ANAYA, CARMELO ANAYA, JR.; CHARLENE WILCOX, INDIVIDUALLY AND FOR THE ESTATE OF CARLOS WILCOX, BIANCA WILCOX, ONA WILCOX, CHARLES WILCOX III; JOSH CRAVEN, HOLLY CRAVEN; MARIA VAZQUEZ, INDIVIDUALLY AND FOR THE ESTATE OF OMAR VAZQUEZ, PABLO VAZQUEZ, PABLO VAZQUEZ, JR., MARISEL VAZQUEZ, JAVIER VAZQUEZ; JASON RZEPA, CASSANDRA RZEPA, K.R., a Minor, C.R., a Minor, ANN RZEPA, DAVID SHAIDELL; VANESSA BEYERS, INDIVIDUALLY AND FOR THE ESTATE OF NATHAN BEYERS, TYLER BEYERS, E.B., a Minor, TIM BEYERS, SONJA BEYERS; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |

|                                   |   |
|-----------------------------------|---|
| v.                                | ) |
|                                   | ) |
| ISLAMIC REPUBLIC OF IRAN          | ) |
|                                   | ) |
| Defendant.                        | ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COME NOW Plaintiffs, and all of them as listed above, by and through their undersigned attorneys, and for their Motion for Leave to File Second Amended Complaint, state as follows:

1. Federal Rule of Civil Procedure 15(a)(2) provides that: "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

2. In this Foreign Sovereign Immunities Act ("FSIA") litigation, the singular Defendant, the Islamic Republic of Iran, has never answered nor had an entry of appearance filed on its behalf.

3. Thus, the Plaintiffs listed above and represented by the undersigned attorneys respectfully request leave of this Court to file their Second Amended Complaint, a copy of which is attached hereto and incorporated herein by reference as Exhibit A. The reasons for the attempted filing of the Second Amended Complaint include the adding of new parties; the subtraction of no longer participating parties; and the clarifying of real parties in interest for wrongful death claims.

4. In cases where plaintiffs have already amended their complaint, as is the case here, Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave [and] [t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); *see Willoughby v. Potomac Elec.*

*Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996), *cert den.*, 520 U.S. 1197, 117 S.Ct. 1553, 137 L.Ed.2d 701 (1997) (finding that leave to amend a complaint is within the court's discretion and "should be freely given unless there is a good reason ... to the contrary"); *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (noting that "it is an abuse of discretion to deny leave to amend unless there is sufficient reason").

5.   "When evaluating whether to grant leave to amend, the court must consider (1) undue delay; (2) prejudice to the opposing party; (3) futility of the amendment; (4) bad faith; and (5) whether the plaintiff has previously amended the complaint." *Howell v. Gray*, 843 F.Supp.2d 49, 54 (D.D.C. 2012) (citing *Atchinson v. District of Columbia*, 73 F.3d 418 (D.C. Cir. 1996) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962)). "Courts that have found an undue delay in filing [a proposed amended complaint] have generally confronted cases in which the movants failed to promptly allege a claim for which they already possessed evidence." *United States ex rel. Westrick v. Second Chance Body Armor, Inc.*, 301 F.R.D. 5, 9 (D.D.C. 2013). An amendment would be prejudicial if it "substantially changes the theory on which the case has been proceeding and is proposed late enough so that the opponent would be required to engage in significant new preparation"; it would "put [the opponent] to added expense and the burden of a more complicated and lengthy trial"; or it raises "issues ... [that] are remote from the other issues in the case." *Djourabchi v. Self*, 240 F.R.D. 5, 13 (D.D.C. 2006) (internal quotation marks omitted). With respect to the futility of an amendment, a district court may properly deny a motion to amend if "the amended pleading would not survive a motion to dismiss." *In re Interbank Funding Corp. Sec. Litig.*, 629 F.3d 213, 218 (D.C. Cir. 2010) (citing, e.g., *Foman*, 371 U.S. at 182, 83 S.Ct. 227).

6. "Because amendments are to be liberally granted, the non-movant bears the burden of showing why an amendment should not be allowed." *Abdullah v. Washington*, 530 F.Supp.2d 112, 115 (D.D.C. 2008).

7. In this case, the Plaintiffs' legal theories of FSIA liability for personal injury, wrongful death, and solatium damages have not changed at all.  Moreover, and as mentioned above, the Islamic Republic of Iran has never filed a pleading nor entered an appearance in this case.

8. Here, this amendment would not unduly delay the proceedings.  Indeed, once service is obtained on the Islamic Republic of Iran, Plaintiffs are ready to proceed with their liability and subject matter jurisdiction hearing before this Court.  There is no prejudice to the Islamic Republic of Iran, as it has not seen fit to file any pleadings nor have an entry of appearance made on its behalf in this (and other FSIA proceedings in this Court) matter.  The amending of the parties is a necessary and appropriate change to the Second Amended Complaint and is in no way submitted in bad faith.

9. Under these circumstances, Plaintiffs respectfully assert that leave should be granted for them to file their Second Amended Complaint in order to get all the appropriate parties before the Court.  Once this is accomplished, Plaintiffs are ready to come before the Court with their liability and subject matter jurisdiction evidence, almost all of which has already been presented to this Court. [ECF Docs. 27; 27-1; 27-2; 27-3; 27-4; 27-5; 37; 37-1; 37-2; 37-3; 37-4; 37-5].

10. Other than perhaps submitting additionally-obtained evidence in support of the weapons and/or parties responsible for separate attacks, Plaintiffs' already-submitted evidence and legal theories are intact and consistent.

WHEREFORE, Plaintiffs, and all of them as listed in the above style of this case, respectfully move that this Court enter its Order granting them leave to file their Second Amended Complaint (Exhibit A attached hereto) and for such other and further relief as this Court deems to be equitable and just.

Dated: November 20, 2019

                                                            Respectfully submitted,

                                                            THE DRISCOLL FIRM, P.C.

                                                            By: __/s/ John J. Driscoll_____
                                                            JOHN J. DRISCOLL, #MO0003
                                                           PAUL W. JOHNSON, #34554 (MO)
                                                           CHRISTOPHER J. QUINN #41883 (MO)
                                                           THE DRISCOLL FIRM P.C.
                                                           211 N. Broadway, 40th Floor
                                                           St. Louis, Missouri 63102
                                                           314-932-3232 telephone
                                                           314-932-3233 facsimile
                                                          john@thedriscollfirm.com
                                                          paul@thedriscollfirm.com
                                                          chris@thedriscollfirm.com

                                                           *Attorneys for Plaintiffs*