IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUL MARTINEZ, *et al.*

    Plaintiffs,

v.

ISLAMIC REPUBLICE OF IRAN,

    Defendant.

Case No. 1:16-CV-02193-EGS

**PLAINTIFFS' JOINT MOTION FOR
CLARIFICATION AS TO SEVERANCE**

Plaintiffs as represented by Willkie Farr & Gallagher LLP ("Willkie Plaintiffs"), and Plaintiffs as represented by The Driscoll Firm, P.C. ("Driscoll Plaintiffs") respectfully seek clarification as to the issue of severance following the Court's December 13, 2019 Order granting the Willkie Plaintiffs' and Driscoll Plaintiffs' Motions for Leave to File Second Amended Complaints and the Court's January 9, 2020 Order directing the parties to notify the Court of the status of the parties' attempts to effect service on Iran.

On September 23, 2019, the Willkie Plaintiffs and Driscoll Plaintiffs, as they existed at the time, filed a joint Motion to Sever the claims and causes of action of the Willkie Plaintiffs from those of the Driscoll Plaintiffs pursuant to Fed. R. Civ. P. 21, in order to allow the claims to proceed to two independent resolutions.[1] [ECF Doc. 43]

---

[1] Alternatively, the Willkie Plaintiffs and Driscoll Plaintiffs requested that the Court order two separate trials under Fed. R. Civ. P. 42(b).

On October 23, 2019, and November 20, 2019, the Willkie Plaintiffs and Driscoll Plaintiffs, respectively, each filed a Motion for Leave to File Second Amended Complaint to, in part, bring up-to-date all of the Plaintiffs, including updates to the status of minors and estates, and to seek leave to add new plaintiffs. [ECF Docs. 45 & 46]

On December 13, 2019, this Court by Minute Order granted the Willkie Plaintiffs' and Driscoll Plaintiffs' Motions for leave to file second amended complaints, and declared that the Second Amended Complaints were deemed filed as of that date.

On January 9, 2020, this Court by Minute Order directed the parties to notify the Court by no later than February 14, 2020, of the status of the parties' attempts to effect service on Iran under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608.

Whereas this Court has now granted leave to file two separate complaints consisting of two separate groups of plaintiffs whose claims now involve distinct legal and factual issues, Willkie Plaintiffs and Driscoll Plaintiffs seek clarification as to the effect of this Court's grant of the Motions for leave to file the amended complaints with regards to the issue of severance, and whether the Court still intends to rule on the Plaintiffs' September 23, 2019, joint Motion to Sever, or whether this Court has constructively severed the two matters by its grant of the Motions for Leave to File Second Amended Complaints.  The Willkie Plaintiffs and Driscoll Plaintiffs maintain that severance is proper and appropriate under Fed. R. Civ. P. 21, and, alternatively, that a separate trial is proper and appropriate under Fed. R. Civ. P. 42, for the reasons set forth in the Plaintiffs' joint Motion to Sever (ECF Doc. 43).

The plaintiffs believe that each of the Second Amended Complaints will require re-service of the Defendant. Plaintiffs intend to effect service as soon as the issue of severance is clarified in light of *Shoham v. Islamic Republic of Iran*, 922 F. Supp. 2d 44 (D.D.C. 2013),

whereby the Court denied the plaintiff's motion for default because the plaintiff had failed to re-serve defendants after her claims were severed.

Should the Court clarify that severance has not been effected, Joint Movants respectfully move this Court to grant the plaintiffs' Joint Motion to Sever Certain Claims and Causes of Action. Plaintiffs attach a revised Proposed Order with the updated list of Willkie Plaintiffs.

Dated: January 14, 2020

Respectfully submitted,

/s/ *Michael J. Gottlieb*
MICHAEL J. GOTTLIEB
(D.C. Bar No. 974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorney for Willkie Plaintiffs*

/s/ *Paul W. Johnson*
PAUL W. JOHNSON, #34554 (MO)
JOHN J. DRISCOLL, #MO0003
CHRISTOPHER J. QUINN #41883 (MO)
THE DRISCOLL FIRM P.C.
211 N. Broadway, 40th Floor
St. Louis, Missouri 63102
314-932-3232 telephone
314-932-3233 facsimile
john@thedriscollfirm.com
paul@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Driscoll Plaintiffs*