# Exhibit 202

# FILED UNDER SEAL

# **Exhibit 203**

# **FILED UNDER SEAL**

# Exhibit 204

**FILED UNDER SEAL**