**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEIBERGER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN<br><br>        Defendant. | Civ. Action No. 16-2193 (EGS) |

## ORDER

For the reasons stated in the Memorandum Opinion issued on September 26, 2022, it is hereby

**ORDERED** that Magistrate Judge Faruqui's Report and Recommendation, ECF No. 78, is **ADOPTED** in full; and it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment and Damages, ECF No. 8, is **GRANTED IN PART and DENIED IN PART** and that **JUDGMENT BY DEFAULT** is entered against Defendants and in favor of Plaintiffs in the amount of $455,217,367 as set forth in Exhibit A to Magistrate Judge Faruqui's Report and Recommendation, ECF No. 78.

    **SO ORDERED.**

**Signed:    Emmet G. Sullivan**
               **United States District Judge**
               **September 30, 2022**