UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 0 3 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NEIBERGER, et al.,
Plaintiff

vs

Civil Action No. 16-2193 (EGS)

ISLAMIC REPUBLIC OF IRAN
Defendant

### DEFAULT AND JUDGMENT BY CLERK

It appearing that the above-named defendant has (have) failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the **11th** day of **September**, 20**16**, and an affidavit on behalf of the plaintiff having been filed, it is the **3rd** day of **October**, 20**22** declared that **Islamic Republic Of Iran** defendant herein is (are) in default.

WHEREFORE, upon request of the plaintiff and on affidavit of the amount due from the defendant to the plaintiff, judgment for **Neiberger, et al** plaintiff against **Islamic Republic Of Iran** defendant is entered for **$455,217,367** with interest _____ and costs.

ANGELA D. CAESAR, CLERK
By **MARK COATES**
Deputy Clerk